**Mark P. Robinson, Jr.,** SBN 054426
**Carlos A. Prietto, III,** SBN 166410
**Ted B. Wacker,** SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** )<br>)<br>)<br>)<br>)<br>) | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| ———————————————— )<br>**This document relates to:** )<br>)<br>**SEDIK PIRVERDEAN and SIROB** )<br>**MEGERDECHAN** )<br>**Individual Case No. C 06-1352 CRB** )<br>———————————————— ) | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6480 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiff and counsel for Defendants that the Complaint of Plaintiffs, Sedik

Pirverdean and Sirob Megerdechan, originally filed in the Central District of

California, Case Number CV 05-6480 SJO, and later transferred to the MDL No.

1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability*

*Litigation*, with the assigned individual case number C 06-1352 CRB, may be and is

hereby dismissed without prejudice.

1        The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2   Plaintiff will only re-file in Federal Court.

3        The parties shall each bear their own costs.

4

5   Dated: August 2, 2006              ROBINSON, CALCAGNIE & ROBINSON

6

7                                      _____

8                                      Mark P. Robinson, Jr., SBN054426
                                       mrobinson@rcrlaw.net
9                                      Carlos A. Prietto, III, SBN 166410
                                       cprietto@rcrlaw.net
10                                     Ted B. Wacker, SBN 157416
                                       twacker@rcrlaw.net
11                                     620 Newport Center Drive, 7th Floor
                                       Newport Beach, CA 92660
12                                     Telephone: (949) 720-1288
                                       Fax: (949) 720-1292

13                                              -AND-

14                                     Samuel M. Wendt, MO #53573
                                       David Peterson, MO #32229
15                                     PETERSON & ASSOCIATES, P.C.
                                       801 West 47th Street, Suite 107
16                                     Kansas City, MO 64112-1253
                                       Telephone: (816) 531-4440
17                                     Fax: (816) 531-0660

18                                     *Counsel for Plaintiffs*

19

20

21  Dated: August 4, 2006             GORDON & REES

22

23                                     _____

24                                     Stuart M. Gordon, Esq.
                                       sgordon@gordonrees.com
25                                     Embarcadero Center West
                                       275 Battery Street, 20th Floor
26                                     San Francisco, CA 94111
                                       Telephone: (415) 986-5900
27                                     Fax: (415) 986-8054

28                                     *Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  _August 8, 2006 ___

HONORABLE CHARLES R. BREYER



STIPULATION AND ORDER OF DISMISSAL